**Donald D. duBoulay**                        **305 Broadway, Suite 310**
 Attorney at Law                               New York, NY 10007

Telephone: (212) 966-3970
Fax:       (212) 941-7108
E-mail:    dondubesq@aol.com

July 19, 2023

 The Honorable Katherine P. Failla
 United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street
New York, NY 10007



Re: U.S. v. Dionne Hall
      23 Cr. 230 (KPF)

Dear Judge Failla:

I write to respectfully request an adjournment of the sentencing in the above referenced case, which is scheduled for August 4, 2023.

Last week, I concluded a trial in the New York State Supreme Court, and immediately thereafter fell ill and was hospitalized for three days which has impacted any recent opportunity to meaningfully converse with Ms. Hall. Further, my ability to review the pre-sentence report with her and to prepare for the sentencing has also been constrained by the fact that Ms. Hall resides in Pennsylvania and travelling to New York has been difficult for her because of her various maladies.

I therefore respectfully request that the sentencing hearing in this matter be rescheduled to a date thirty days from the originally scheduled sentence date or to a date convenient to the court, which will give me sufficient time to personally review the materials and to gather certain documents, necessary for the sentencing.

The government does not object to this request.

If the court has any questions, I may be reached at (212) 966-3970

Respectfully submitted,

/s/ Donald duBoulay, Esq.

cc.: Kedar Bhattia, Assistant U.S. Attorney (via ECF)

Application GRANTED.  The Court is sorry to hear of counsel's illness and sends best wishes for a swift and full recovery.

Ms. Hall's sentencing, which is currently scheduled for August 4, 2023, is hereby ADJOURNED to 3:00 p.m. on **September 8, 2023.**  Ms. Hall shall file her sentencing submission on or before **August 25, 2023,** and the Government shall file its sentencing submission on or before **September 1, 2023.**

The Clerk of Court is directed to terminate the motion at docket entry 24.

Dated:     July 19, 2023               SO ORDERED.
           New York, New York

           HON. KATHERINE POLK FAILLA
           UNITED STATES DISTRICT JUDGE